175 A.3d 167

GDBT 1 TRUST 2011–1, PLAINTIFF-RESPONDENT, v.
DENARD C. TRAPP, DEFENDANT-PETITIONER.

C–337 September Term 2017
079860

November 17, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001489–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

175 A.3d 167

J.T., PLAINTIFF-PETITIONER, v. NEW JERSEY DEPARTMENT OF CORRECTIONS, DEFENDANT-RESPONDENT.

C–334 September Term 2017
078749

November 17, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4942/5335–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.